# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155198(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HAROLD LAMONT WALKER,
      Defendant-Appellant.

_____/

SC: 155198
COA: 327063
Wayne CC: 14-007222-FH

On order of the Chief Justice, the motion to extend the time for filing the defendant-appellant's supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 24, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2018



Clerk